# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | |
| ZACHARY GRIFFIN, | : | CRIMINAL ACTION NO. |
| | : | 2:10-CR-00016-RWS |
| Defendant. | : | |
| | : | |
| | : | |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [88] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation and Defendant Griffin's Objections thereto [96], it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendants' Motions to Suppress [39 and 41] are **DENIED**.

**SO ORDERED** this __24th__ day of June, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)